%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ERIC BEAN,

V.

ANTHONY NAK, INC., ANTHONY CAMARGO
AND DAVID N. ARMSTRONG,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 03017

TO: (Name and address of Defendant)

Anthony Nak, Inc.
800 Brazos Street, Suite 300
Austin, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAR 2 5 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-31-08 @ 2:01 PM |
| NAME OF SERVER (PRINT) George L. Castillo | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

800 Brazos, Ste. 300, Austin Tx. 78701

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Delivered to Anthony Nak, Inc., by delivering to David Armstrong, Manager-in-Charge/Registered Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-31-08
             Date              Signature of Server  George L. Castillo

ASSURED
CIVIL PROCESS AGENCY
600 SABINE ST., SUITE 100
Address of Server AUSTIN, TEXAS 78701

The server, known by me personally, has sworn to and subscribed before me this 1st day of April, 2008
Notary Public  Dana McMichael

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.