AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

ERIC BEAN,

**SUMMONS IN A CIVIL ACTION**

V.

ANTHONY NAK, INC., ANTHONY CAMARGO
AND DAVID N. ARMSTRONG,

CASE NUMBER:

08 CV 03017

TO: (Name and address of Defendant)

Anthony Camargo
800 Brazos Street, Suite 300
Austin, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAR 2 5 2008

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  3-31-08 @ 2:01 PM |
| NAME OF SERVER (PRINT)  George L. Castillo | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ANTHONY CAMARGO
   800 Brazos, Ste. 300, Austin Tx. 78701

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-31-08
             Date                Signature of Server

==ASSURED==
CIVIL PROCESS AGENCY
Address of Server  600 SABINE ST., SUITE 100
AUSTIN, TEXAS 78701

The server, known by me personally, has sworn to and subscribed before me this 1st day of August, 2008.

Notary Public

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.