AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

ERIC BEAN,

V.

ANTHONY NAK, INC., ANTHONY CAMARGO
AND DAVID N. ARMSTRONG,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 03017**

TO: (Name and address of Defendant)

David N. Armstrong
800 Brazos Street, Suite 300
Austin, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010

RECEIVED 3/31/08 ASSURED Civil Process Agency

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 5 2008

CLERK _____  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 3-31-08 at 2:01 PM |
| NAME OF SERVER (PRINT) George L. Castillo | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: DAVID N. ARMSTRONG

800 Brazos, Ste. 300, Austin TX. 78701

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-31-08              George L. Castillo
                Date                    Signature of Server

═══ ASSURED ═══
CIVIL PROCESS AGENCY
Address of Server 600 SABINE ST., SUITE 100
AUSTIN, TEXAS 78701

The server, known by me personally, has sworn to and subscribed before me this 1st day of APRIL, 200_
Dana L. McMichael
Notary Public

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.