S Pkizzo/S

Joseph Petersen (JP-9071)
**KILPATRICK STOCKTON LLP**
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/08

Attorneys for defendants Anthony Nak, Inc., David N. Armstrong and Anthony Camargo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC BEAN,

            Plaintiff,

- Against -

ANTHONY NAK, INC., DAVID N. ARMSTRONG and ANTHONY CAMARGO,

            Defendants.

08 CV 03017

**STIPULATION**

---

      WHEREAS, defendants Anthony Nak, Inc., David Armstrong and Anthony Camargo ("Defendants") have until April 21, 2008 to respond to the complaint in the above-captioned action (the "Complaint");

      WHEREAS, counsel for plaintiff Eric Bean ("Plaintiff") has consented to an extension of time for Defendants to respond to the Complaint in order to afford the parties time in which to determine whether an amicable resolution may be reached;

      WHEREAS, the within stipulated extension, if granted, would constitute the first such extension of Defendants' time to respond to the Complaint; and

      WHEREAS, the requested extension would not affect any other scheduled dates in connection with the above-captioned action.

      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendants, that the time for Defendants to

answer, move or otherwise respond to the Complaint herein be and is hereby extended to and including May 28, 2008.

Dated: New York, New York
April 21, 2008

COWAN, DEBAETS, ABRAHAMS, & SHEPPARD, LLP

By: _____
Nancy E. Wolff
Zehra J. Abdi
41 Madison Avenue
New York, New York 10010
*Attorneys for Plaintiff*
*Eric Bean*

KILPATRICK STOCKTON LLP

By: _____
Joseph Petersen (JP-9071)
31 West 52nd Street, 14th Floor
New York, New York 10019
(212) 775-8700
*Attorney for Defendants*
*Anthony Nak, Inc., David N. Armstrong and Anthony Camargo*

SO ORDERED:

_____
Hon. John E. Sprizzo, U.S.D.J.