

Joseph Petersen (JP-9071)
**KILPATRICK STOCKTON LLP**
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Attorneys for defendants Anthony Nak, Inc., David N. Armstrong and Anthony Camargo

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC BEAN,<br><br>    Plaintiff,<br><br>- Against -<br><br>ANTHONY NAK, INC., DAVID N. ARMSTRONG and ANTHONY CAMARGO,<br><br>    Defendants. | 08 CV 03017 (JES)<br><br>**STIPULATION** |

        **WHEREAS**, defendants Anthony Nak, Inc., David Armstrong and Anthony Camargo ("Defendants") have until May 28, 2008 to respond to the complaint in the above-captioned action (the "Complaint");

        **WHEREAS**, counsel for plaintiff Eric Bean ("Plaintiff") has consented to a further extension of time for Defendants to respond to the Complaint in order to afford the parties time in which to determine whether an amicable resolution may be reached;

        **WHEREAS**, the within stipulated extension, if granted, would constitute the second such extension of Defendants' time to respond to the Complaint; and

        **WHEREAS**, the requested extension would not affect any other scheduled dates in connection with the above-captioned action.

        **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff and counsel for Defendants, that the time for Defendants to

answer, move or otherwise respond to the Complaint herein be and is hereby extended to and including June 18, 2008.

Dated: New York, New York
       May 27, 2008

| COWAN, DEBAETS, ABRAHAMS, & SHEPPARD, LLP | KILPATRICK STOCKTON LLP |
|---|---|
| By: _____<br>Nancy E. Wolff<br>Zehra J. Abdi<br>41 Madison Avenue<br>New York, New York 10010<br>*Attorneys for Plaintiff*<br>*Eric Bean* | By: _____<br>Joseph Petersen (JP-9071)<br>31 West 52nd Street, 14th Floor<br>New York, New York 10019<br>(212) 775-8700<br>*Attorney for Defendants*<br>*Anthony Nak, Inc., David N.*<br>*Armstrong and Anthony Camargo* |

SO ORDERED:

_____
Hon. John E. Sprizzo, U.S.D.J.

5-29-08

USADMIN 9323473.1 99997-095962 01/19/2007 10:31:54 AM