SPR12205

Joseph Petersen (JP-9071)
**KILPATRICK STOCKTON LLP**
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

Attorneys for defendants Anthony Nak, Inc., David N. Armstrong and Anthony Camargo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC BEAN,

        Plaintiff,

- Against -

ANTHONY NAK, INC., DAVID N. ARMSTRONG and ANTHONY CAMARGO,

        Defendants.

---

08 CV 03017 (JES)

**STIPULATION**

WHEREAS, defendants Anthony Nak, Inc., David Armstrong and Anthony Camargo ("Defendants") have until June 18, 2008 to respond to the complaint in the above-captioned action (the "Complaint");

WHEREAS, the parties have agreed upon the terms of a settlement and are in the process of memorializing their agreement;

WHEREAS, counsel for plaintiff Eric Bean ("Plaintiff") has consented to a further extension of time for Defendants to respond to the Complaint in order to afford the parties time in which to memorialize their agreement;

WHEREAS, the within stipulated extension, if granted, would constitute the third such extension of Defendants' time to respond to the Complaint; and

WHEREAS, the requested extension would not affect any other scheduled dates in connection with the above-captioned action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendants, that the time for Defendants to answer, move or otherwise respond to the Complaint herein be and is hereby extended to and including July 11, 2008.

Dated: New York, New York
June 17, 2008

COWAN, DEBAETS, ABRAHAMS, & SHEPPARD, LLP

By: _____
Nancy E. Wolff
Zehra J. Abdi
41 Madison Avenue
New York, New York 10010
*Attorneys for Plaintiff*
*Eric Bean*

KILPATRICK STOCKTON LLP

By: _____
Joseph Petersen (JP-9071)
31 West 52nd Street, 14th Floor
New York, New York 10019
(212) 775-8700
*Attorney for Defendants*
*Anthony Nak, Inc., David N.*
*Armstrong and Anthony Camargo*

SO ORDERED: 6/19/08

_____
Hon. John E. Sprizzo, U.S.D.J.