Joseph Petersen (JP-9071)
**KILPATRICK STOCKTON LLP**
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Attorneys for defendants Anthony Nak, Inc., David N. Armstrong and Anthony Camargo

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC BEAN,<br><br>　　　　　　Plaintiff,<br><br>- Against -<br><br>ANTHONY NAK, INC., DAVID N. ARMSTRONG and ANTHONY CAMARGO,<br><br>　　　　　　Defendants. | 08 CV 03017 (JES)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Joseph Petersen of the law firm Kilpatrick Stockton LLP, 31 West 52nd Street, 14th Floor, New York, New York 10019, hereby appears in the above-caption action as attorney for defendants Anthony Nak, Inc., David N. Armstrong and Anthony Camargo.

Dated: New York, New York
　　　　June 23, 2008

　　　　　　　　　　　　　　　　　　**KILPATRICK STOCKTON LLP**

　　　　　　　　　　　　　　　　　　*/s/ Joseph Petersen/AG*
　　　　　　　　　　　　　　　　　　Joseph Petersen (JP-9071)
　　　　　　　　　　　　　　　　　　31 West 52nd Street, 14th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　Tel: (212) 775-8700
　　　　　　　　　　　　　　　　　　Fax: (212) 775-8800
　　　　　　　　　　　　　　　　　　E-mail: JPetersen@kilpatrickstockton.com

　　　　　　　　　　　　　　　　　　*Attorneys for defendants Anthony Nak, Inc.,*
　　　　　　　　　　　　　　　　　　*David N. Armstrong and Anthony Camargo*

US2008 338059.1